[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

FEB 14 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KEVIN K. Williams *291526

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**19cv992**
**Judge Wood**
**Mag. Judge Gilbert**
**PC 2**

vs.                          Case No: _____
                             (To be supplied by the Clerk of this Court)

The Chicago police officers
Tyler Berecz #14844, John Nemec #19704
Robert Cummings 17841, Terence D. Huels #6623
Cortesi, N #1146, Boline, D #13368
Saint Bernard Hospital
Illinois Department Of corrections Stateville NRC

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

   X        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
               **28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: KEVIN K. Williams

B.  List all aliases: Christopher J. Williams

C.  Prisoner identification number: 291526

D.  Place of present confinement: Kendall County Jail, Illinois

E.  Address: 1102 Cornell LANE, Yorkville IL, 60560

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: TYLER BERECZ STAR# 14844

Title: Chicago police officer

Place of Employment: Chicago police Department

B.  Defendant: JOHN, NEMEC STAR# 19704

Title: Chicago police officer

Place of Employment: Chicago police Department

C.  Defendant: ROBERT, Cummings STAR# 17841

Title: Chicago, police officer

Place of Employment: Chicago, police department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 10Cr19567-01

B. Approximate date of filing lawsuit: Unknown

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kevin K. Williams AKA Christopher J. Williams

D. List all defendants: City of Chicago, Chicago, police Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Unknown

G. Basic claim made: False Illegal Arrest, Wrongful Conviction

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): it was dismissed and wasn't appealed

I. Approximate date of disposition: Not Known

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1  On the above date of September 8, 2017 i was beating by members of the Chicago police Department during 3 after my Illegal Arrest, on September 9, 2017 i complained about body pain at the Chicago police Station. The day i was to be transported to the cook county Jail, so i was transported to Saint Bernard Hospital where i didn't get any medical attention. i later was sent to the cook county Jail on September 10, 2017 on September 12, 2017 i was sent to the Illinois Department of Correction at Stateville NRC where i complained about the extreme pain again.

*See police Reports Attached*

2)  On october 7, 2018 i went to Nurse sick Call The Nurse Seen me and saw the lump on my left rib cage and put me in for x-rays on october 10, 2017 i took one Chest x-ray, on october 19, the doctor handwritten the results saying isn't Nothing wrong with me, but proscribed me a anti-inflame anti-inflammatory pill Which is common for fracture 3 broken bones See, medical printout. On November 21, 2017 i was Transferred to pinckneyville CiC where i complained once

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

again about my condictions. by me going back and Forth on courtwrits; could'int get the x-rays until i comeback to pinckneyville c.c on January 17, 2018 on January 18, i took up To 12 x-rays, on January 24, 2018 i learned bythem my left 9th, 10th rib's were in Fact Fractured (see x-ray results) From pinckneyville c.c Attacthed).

3) on September 24, 2018, i was taken into Federal custody and sent to the kendall county jail for Federal Holding, Where When seen by medical i still complained about my rib's on october 19, 2018 i was sent To rush copley medical center For more x-rays. Where i the learned that more than what The I.D.O.C x-rays show it more Wrong (see both (I.D.O.C; Rush copley medical center x-ray results)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

i Would like The Sum $500,000 against each Chicago police
in their personal & offical capacity; i also would like The
Sum of 2.5 million dollars against I.D.O.C personell
For Mal-practice also 2.5 million dollars
against The Saint Bernard Hospital personel
In Their personal & Working Capacity

## VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of _Febuary_, 20 _19_

_Kevin K. Williams_
(Signature of plaintiff or plaintiffs)

_Kevin K. WilliAms_
(Print name)

_#291526_
(I.D. Number)

_1102 Cornell LANE_

_Yorkville IL 60560_

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _____ Pinckneyville Correctional Center _____ to release the following information: (State
                                        Facility
specific medical health information to be disclosed including date(s) or date range)

X-Ray ReSaults TAken 1-18-18

The Type OF Pain Medicine i'm CurrenHy on Now

☐ At Request of Offender and/or: _____
                                                      Purpose of disclosure

from the records of _____          _____
                          ID#                    Print Offender's Name

to: ☒ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: _Kevin K. Williams_
                  Print Name
Address: _5835 STATE Route 154_
                    Street Address
_Pinckneyville_          _IL_   _62274-3410_
        City              State      Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐   45 days from date of signature

☐   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization)

RECEIVED

JAN 20 REC'D

PINCKNEYVILLE C.C.
HEALTHCARE

Rhew Dug. Med
Records

**Signature:**                          #R60301

X _Kevin K. Williams_          _Self_                  _1-18-18_
    Signature of Offender or Person Authorized to Consent          Relationship          Date

Give Offender a copy if DOC made the request for release.

Distribution:   Offender's Medical File

*Printed on Recycled Paper*                          DOC 0241 (Rev. 01/2005)

# CARONE LAW OFFICES LTD.

FRANCO N. CARONE

PARALEGAL
LAURA ARROYO

January 25, 2019

Kevin Williams
# 291526
1102 Cornell Lane
Yorkville, IL 60560

RE:

Dear Mr. Williams:

Enclosed please find the materials you previously mailed to my office. Please be advised that I am declining to undertake representation of you in connection with the claims you referenced in your correspondence to me. By declining your case, I am not offering any opinion on the merits of your claim(s). If you wish to pursue your claims, you should immediately contact another attorney as there are Statutes of Limitations that apply to your claims. Be further advised if you fail to file a lawsuit prior to the expiration of the Statute of Limitations governing your particular claims, your claims will be forever barred.

I wish you the best of luck.

Sincerely,

Franco N. Carone

FNC/la
Encl.
cc:file

Case: 1:19-cv-00992 Document #: 1 Filed: 02/14/19 Page 9 of 37 PageID #:9



**verywell** health

# Broken Rib Symptoms, Complications, and Treatment

## What to Do If You Break a Rib

By Rod Brouhard, EMT-P  🛈  | Reviewed by Richard N. Fogoros, MD

Updated November 29, 2018

Ribs are pretty hard to break. They are surrounded by strong muscles and usually can take a lot of abuse before they crack. Most broken ribs—including in children—come from vehicle accidents, but they're also common from falling off horses, sports injuries, and falls. In some cases, lots of forceful coughing—like from a bout of pneumonia—can cause rib fractures. The elderly can get broken ribs easier than younger adults. Kids have more flexible bones.

## Symptoms

After an injury to the chest—or particularly forceful coughing—consider the possibility of a broken rib if the patient has any of the following:

- Extreme pain when taking a breath
- Tenderness to the chest or back over an area of ribs
- Crepitus—a "crunchy" feeling under the skin

One of the best ways to identify a broken rib is the mechanism of injury. Getting hit in the chest, falling on something and hitting the chest or smashing the chest into a steering wheel or dashboard during a car accident could certainly lead to broken ribs. Forceful coughing can also be a mechanism for breaking ribs.

## Types of Rib Fracture

Most of the time, the broken rib is only broken in one place, and is an "incomplete fracture," meaning not all the way through the bone.

### Displaced and Nondisplaced Rib Fractures

Case: 1:19-cv-00992 Document #: 1 Filed: 02/14/19 Page 10 of 37 PageID #:10
https://www.verywellhealth.com/broken-ribs-symptoms-1298895?print

Completely broken ribs may or may not move out of place. If they do move, they're called displaced rib fractures and are more likely to puncture lungs or damage other tissues and organs. Ribs that stay in place—usually ribs that are not completely broken in half—are called nondisplaced rib fractures.

### Flail Chest

Rarely, a section of the ribcage breaks away from the surrounding bone and muscle. This area loses its stable structure (imagine a short rack of baby-backs connected to the rest of the ribcage only by muscle) and moves fairly easily as the patient breathes. This section is known as a flail segment and is much more dangerous than simply broken ribs.

## When to See the Doctor



Any force hard enough to break a rib is powerful enough to cause other, more life-threatening injuries. It's also possible to break more than one rib at a time. More than three broken ribs at one time are potentially life-threatening. Since the only way to know for sure is to get an X-ray, it's important to go to the emergency department anytime you suspect a broken rib.



If you've been hit hard enough in the chest to make you think you may have broken a rib or tw go to the emergency department or call 911.

It's especially dangerous if the patient has any of the following signs or symptoms:

- Severe shortness of breath
- Coughing blood
- Confusion or dizziness
- General weakness
- Blood in the urine

## Treatment

There's good news and bad news about treating simple broken ribs. The good news is that it will heal on its own and probably not develop any additional problems. The bad news is it hurts a lot and there's really very little you can do for it.

In the past, treatment for broken ribs included wrapping the chest with a wide band often called a rib belt. A study in 1990 found no benefit from wrapping patients. Displaced rib fractures caused

more problems in this study when they were treated with the belt than when they were not. Most emergency physicians today don't wrap broken ribs.

The best broken rib treatment is simple pain medication. Nonsteroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen are best. If you go to the ER for your broken rib, the doctor is likely to give you a prescription pain medication as well as a NSAID.

## Complications

The most common complication of broken ribs is not being able to take a deep breath because it hurts. If you don't breathe deep enough, mucous and moisture can build up in the lungs and lead to an infection such as pneumonia.

Displaced rib fractures can damage other tissues or organs and sometimes lead to collapsed lungs (pneumothorax) or internal bleeding.

It's important to keep your lungs healthy. As you heal, practice taking deep breaths. It's important not to be afraid of taking the pain medication as prescribed because keeping the pain under control is important for taking strong, deep breaths.

If you go to the ER, the doctor may send you home with a tool to encourage deep breathing. The tool is called an incentive spirometer. It measures lung capacity so patients can see how well their lungs are recovering as the broken rib heals.

Sources:

Sirmali, M, et al."A comprehensive analysis of traumatic rib fractures: morbidity, mortality, and management." *Eur J Cardiothorac Surg*. Jul 2003.

Quick, G. "A randomized clinical trial of rib belts for simple fractures." *Am J Emerg Med*. Jul 1990.

**Chicago Police Department - ARREST Report**

CB #: 19534538

**WILLIAMS, Kevin**

## ARREST PROCESSING REPORT

**VISITOR LOG**

**NO VISITORS LOGGED**

**MOVEMENT LOG**

| Action | By | | Destination | Reason |
|---|---|---|---|---|
| RELEASED BY | #2465 | Bucki, Virginia M (PC0V833) | 09 SEP 2017 06:45 District 007 Lockup | |
| RECEIVED BY | #12431 | Haile, Robert | 09 SEP 2017 06:45 St. Bernard | Arrestee Requested Treatment At Hospital |
| RECEIVED BY | #2465 | Bucki, Virginia M (PC0V833) | 09 SEP 2017 12:12 District 007 Lockup | Treated And Released From St. Bernard Hospital |

**WC COMMENTS**

**Watch Commander Comments:**

#2465  Bucki, Virginia M (PC0V833)

09 SEP 2017 12:14

Arrestee returned to 007 Lockup by Beat 771 2nd watch after treatment from St. Bernard Hospital

#206  Sedevic, Mark T (PC0V263)

09 SEP 2017 07:41

This prisoner complained of body pain and requested to go to the hospital for treatment.

#660  Gunnell, Christoph (PC0T287)

09 SEP 2017 00:44

Rejected to add to narrative previous convictions supporting Line 1 charge and to indicate offender as lone occupant.

**REL w/o CHARGING**

**DOES NOT APPLY TO THIS ARREST**

powered by CLEAR Technology

19 OCT 2017 10:19

18CR560/0006

**Rush Copley Medical Center**

PATIENT TYPE   O    MEDICAL SERVICE   YVO

00047266515

| PATIENT | | | | |
|---|---|---|---|---|
| **NAME AND ADDRESS** WILLIAMS, KEVIN 6935S WASHTENAW 2ND FLOOR CHICAGO IL 60629 | | **BIRTHDATE** 10/04/1986 **AGE** 032 Y **TELEPHONE** **CELL PHONE** | **INTERVIEWER** RIVERRHR **SOCIAL SECURITY NO.** XXX-XX- 0000 | **ADMIT DATE** 10/19/2018 **COUNTY** **TIME** 7:04 |

**EMPLOYER NAME AND ADDRESS**
UNEMPLOYED

000000000     Status   3

**OCCUPATION** UNEMPLOYED

**EMPLOYER TELEPHONE**

**PREVIOUS NAME**

**SEX** M    **M / S** U    **RACE** B

**SPOUSE/PARENT AND ADDRESS**    **RELATIONSHIP**    **HOME PHONE**    **WORK PHONE**

**EMERGENCY NAME AND ADDRESS**    **RELATIONSHIP**    **HOME PHONE**    **WORK PHONE**

**RELIGION**
UNKNOWN      UNKNOWN

**LAST CMH SERVICE DATE** 10/19/2018

**REGISTRATION COMMENTS**

MDRO:

| FINANCIAL | | | |
|---|---|---|---|
| **GUARANTOR NAME AND ADDRESS** WILLIAMS, KEVIN 6935S WASHTENAW 2ND FLOOR CHICAGO IL 60629 | **RELATIONSHIP** SELF | **GUARANTOR EMPLOYER NAME AND ADDRESS** UNEMPLOYED 000000000 | **OCCUPATION** UNEMPLOYED |

**SOCIAL SECURITY NO.** XXX-XX- 0000    **DOB** 10/04/1986

| CARRIER | INSURANCE PLAN | GROUP NO. | POLICY / CERT. NO. | SUBSCRIBER |
|---|---|---|---|---|
| 4000 0000 0000 0000 | KENDALL COUNTY | | | KEVIN WILLIAMS |

| MD | | | |
|---|---|---|---|
| **PRIMARY CARE M.D./Phone #** DOCTOR NONSTAFF DOCTOR 000- 000- 0000 | **ADMITTING M.D./Phone #** HUGHES P LOCHARD 000- 000- 0000 | **ATTENDING M.D./Phone #** HUGHES P LOCHARD 000- 000- 0000 | |

**ADMITTING DIAGNOSIS**      **ICD**
    L CHEST WALL PAIN WITH HX OF FX

**PRINCIPLE DIAGNOSIS**      **ICD**

**PRINCIPLE PROCEDURE**      **ICD**
00/00/0000
00/00/0000
00/00/0000

**CPT**

## Patient Results

| All results performed dates from 19-Oct-2018 | | | | |
|---|---|---|---|---|
| WILLIAMS, KEVIN | YORKVILLE | 32y | M | LOCHARD, HUGHES P |
| DSC | | 04-Oct-1986 | | 00-95-38-86 / 00047266515 |

**Criteria for selection:**

| 19-Oct-2018 07:12 | Ribs-YK | Final Result |
|---|---|---|

Ribs-YK         Final

    Left ribs

    Indication: Fracture

    Technique: Including expiration view 5 images were obtained

    Findings: There are nondisplaced fractures of the distal seventh, eighth and ninth ribs. No pneumothorax.

    Impression: Fractures as above.

    Approving M.D.: Akbar, Syed
    Signed Date/Time: 10/19/2018 8:40 a.m.



**ONE RADIOLOGY**

Normal, Illinois

January 24, 2018

PATIENT NAME:    Williams, Kevin

PATIENT NUMBER:  R60301

DOB:  10/4/86

Ordered by:  Blum

Pinckneyville Correctional Center

CHEST X-RAY AND LEFT SIDED RIBS        1/18/2018

HISTORY: Left sided chest and shoulder pain

DISCUSSION: Lungs are clear. Healing left 9th and 10th rib fractures are seen in the anterior third. No pneumothorax is identified. Cardiomediastinal silhouette is normal.

IMPRESSION:

Healing left 9th and 10th rib fractures seen in the anterior third indicating subacute to chronic finding. No pneumothorax.

RIGHT SHOULDER THREE VIEWS  1/18/2018

HISTORY: Right shoulder pain.

DISCUSSION: No acute bony injury is seen in the right shoulder. Glenohumeral and acromioclavicular articulations are unremarkable.

Signed_____

A.   Malpani, M.D.

DIC: 1/24/2018

Study from Pinckneyville Correctional Center

MD Review  1/29/0
Date:
Nurse:
Doctor:
Pull Chart:
See patient:
File:

X-Ry Per Baladul
F/U - 6 weeks

# *Law Office of Steven A. Denny, P.C.*

1101 Lake Street, Suite 202-B
Oak Park, IL 60301

**www.DennyLaw.com**

*Steven A. Denny, J.D.*
*Email: SDenny@DennyLaw.com*

(708) 434-5555 Fax
(312) 236-6100 Phone

October 8, 2018

**LEGAL CORRESPONDENCE**
Mr. Kevin Williams
ID# 291-526
1102 Cornell Lane
Yorkville, IL 60560

*Regarding:  Declination of Representation*

Dear Mr. Williams:

Thank you for contacting me about a potential police brutality case and a medical malpractice case.  I am sorry for the hardships and the physical injury of broken ribs which you have endured but I am not able to become your attorney for these potential cases.

Kevin I am sorry to report that in my opinion your injuries do not warrant prosecution of either potential case, as I have indicated earlier in my conversations with your mother.  This letter simply confirms that my office is NOT representing you for these or any other case, including your criminal defense or appeals cases.  Furthermore, we are not referring you to another attorney for the handling of this matter.  I am enclosing all of the documents which you have sent to my office.  As you know, to be clear, you have never executed an attorney representation agreement with my office and I have not been and am not your attorney.

I remind you that there are time limits on the filing of various potential lawsuits. Please govern yourself accordingly and consult with another attorney should you wish to receive another opinion.  The Chicago Bar Association has a free attorney referral service available to you at 312-554-2001.

Thank you again for contacting us regarding these matters and I am sorry that we cannot represent you.  Best wishes.

Very truly yours,
**LAW OFFICE OF STEVEN A. DENNY, P.C.**

Steven A. Denny
SAD/jwh
Enclosures (as above)

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

November 28, 2018

### *CONFIDENTIAL LEGAL CORRESPONDENCE*

*Via Electronic Mail*
Kevin Williams
291526
1102 Cornell Lane
Yorkville, IL 60560

> Re:   *Your request for legal representation*

To Kevin Williams:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys underlined immediately to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy

RECEIVED

SEP 15 2018

LAW OFFICE OF
STEVEN A. DENNY, P.C.

9-10-2018

Greeting's Mr. Denny

Hello this is Kevin K. Williams #R60301 i'm currently confined at Pinckneyville C.C. @ 5835 STATE ROUTE 154, Pinckneyville IL 62274-3410.

On September 8, 2017 @ 5611 S. Bishop The chicago police did a Investigatory Stop on me saying they watched me drinking liquor on a public way & get in a car when they arrived at the car after they were sitting in front of me with a can in my hand on the sidewalk they pulled off & came back 10 to 15 minutes LATER with another Squad Car all together it was 8 office's they approached the car without any 911 calls made on us or anything.

They ran my Name it came back clear No warrants or anything then they asked me to step out i asked why am i under arrest ("they") said No i said OK then i thought about it and said no i did'nt do anything They went on my girl Friend side Snatched her out the car, to get to ("me") once he got in he start choking me ("they") took me out the car air borne Slammed me in the middle of the street and Starting using force.

I did'nt swing or kick them i did'nt fight back i just did'nt let them put hand cuffs on me i Suffered my Left 9th & 10th rib's fractures swollen, eye, nose back pain that does'nt stop as well as my fractured rib's, it's all caught on camera

The Same day i wrote you Saying i Fired them i wrote them Saying i no longer Need their Service So i was'nt able to make a copy of the letter but here is everything else Could you please Send me back a copy at pinckneyville c.c 5835 STATE ROUTE 154, pinckneyville Ic, 62274-3410 @ Kevin Williams
    # R60301

The reason For me Not being able to make copies is cause This Court writ, ~~~~~~~ thanks For your help also Could you Send me Somebody information i Could write for medical malpractice iF you Know of anyone. look up case Number. 17cr14491 Indictment 17 have all the correct charges The Batterie Charge is gone.

RECEIVED
SEP 06 2018
LAW OFFICE OF
STEVEN A. DENNY, P.C.

8-18-18

Greetings; Mr. Denny

Hello my name is Kevin K. Williams #R60301 I'm
Currently Confined at Pinckneyville C.C, 5835
STATE Route 154, Pinckneyville IL, 62274-3410.

My mom informed me that she Talked To you
i was wondering if you Could write me and inform me
on what you said just in Case she Forget something
because she is going to Tell me when she Come To see me.
And she Forget things due To the FACT she have Two
brain Tumors.
Could you send it over Night mailing
because i leave To go to STATEville NRC 8-29-18
so if you don't do it bay then send it to P.O. Box
112 joliet IL, 60434 @ Kevin Williams #R60301
Thanks For your Time

Sincerely,
Kevin K. Williams          8-18-18

RECEIVED

OCT 0 1 2018

LAW OFFICE OF
STEVEN A. DENNY, P.C.

9-22-2018

Greeting's, Mr Denny

Hello, i would like to START OFF by saying thank you For contacting me back, i would like to know do you do criminal work as well if so may you represent me on my crimial case ½ Just TAKE the money out the Civil Suit if NOT don't worrie about it i'll Just have to Trust This public defender with my life.

Also Once The Chicago police Saw that i knew that they had No right To Come up to that car ½ Try to make me get out i simply asked For what i'm i underarrest They said No i asked so why should i get out ½ They Said Just get out i agreed but then i thought about it and Said NO i'm Not getting out i have No reason To, So They got real mad at me.

That's Why They beat me once They got in the Track ½ once They pulled me out the Track and Slammed me on The ground i did'nt swing on Them or anything i did'nt deserve To get done the Way They done me behind This i STAY in ConstANT pain, my rib's, back ½ Shoulder all be in very bad pain.

The people who Saw all This is my ex-girlfriend ½ her mother

Franshge Robinson     Address 5ell S. Bishop Chicago IL 60636
                      Cell 773-824-0691
R. Robinson   her mother

Also mr. Denny if you don't mind MAy you reppremend me some Medical MAl-practice lawfirms That's good in your eye-sight So i Could also bring That suit against sAint Bernard HospitAl Before my Time is up Thanks For your Time

Sincerely
Kevin K. Williams
#R60301
P.O. Box 112
Joliet IL, 60434

Again you Can send all mAil To me here until i Let you Know otherwise.

9-22-2018

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _____ Pinckneyville Correctional Center _____ to release the following information: (State
_____ Facility
specific medical health information to be disclosed including date(s) or date range)

X-Ray Resaults Taken 1-18-18

The type of pain medicine i'm currently on Now

☐ At Request of Offender and/or: _____
Purpose of disclosure

from the records of _____ _____
ID#                              Print Offender's Name

to: ☒ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: Kevin K. Williams
Print Name

Address: 5835 State Route 154
Street Address

Pinckneyville                    IL    62274-3410
City                        State      Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐    45 days from date of signature

☐    Upon the occurrence of the following event (must relate to the individual or purpose of the authorization)

_____

RECEIVED

JAN 20 REC'D

PINCKNEYVILLE C.C.
HEALTHCARE

**Signature:**

#R60301

Kevin K. Williams          Self                    1-18-18
Signature of Offender or Person Authorized to Consent      Relationship                Date

Give Offender a copy if DOC made the request for release.

Distribution:   Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 01/2005)

Those rib's is right by my heart ~~and~~ everybody knows how dangerous COOK County Jail is, also for pain & suffering i went from Sept. 8, 2017 until Jan 24, 2018 without knowing that my rib's were broken, because when i got To STATEVILLE NRC Sept 12, 2017 on Oct. 10, 2017 i Took a chest X-ray and on Oct 19, 2017 They said wasn't anything wrong but when i take up To Ten X-ray's at Pinckneyville Correctional Center on Jan. 18, 2018 on Jan 26, 2018 i found out That my rib's were broken This whole Time.

I already have somebody on The civil suit on Chicago police for The beating i need somebody for St. Bernard HOSPITAL for Neglect & mal practice pain & suffering ~~and~~ may you please help me if you can A.S.A.P here is a copy of my X-ray results please make copies and send me a copy back please i really hope you can help me.

RECEIVED

AUG 31 2018

LAW OFFICE OF
STEVEN A. DENNY, P.C.

8-20-18

Greetings Mr. Denny
33 N. LaSalle Suite 2125
Chicago IL, 60602

Hello' Mr. Denny This is Kevin K. Williams *R60301
DOB 10-4-1986 i've fired the other Attorney's i had
i would like For you to represent me on my criminal
& Civil Case against Chicago police Department For
brutility For beating me and broking my Left 9th & 10th
rib's also For the case they Illegally arrested me For
No reason to mess with me everything is caught on camera
here are my x-ray results. my Next court Date is
9-6-18 if you will Take the cost to represent
my criminal case over the Civil Suit Thanks For
your Time,
    Sincerly
        Kevin K. Williams
        @ #R60301                8-20-18
        5835 STATE Route 154
        Pinckneyville IL, 62274-3410

my Criminal Case # ~~17CCBB~~ 17Cr14491 They also
Charged me Twice For This Case i have an active warrant
~~S0~~ Showing for The Same Charges under warrant #
~~0000~~ 17111744101 This is Double Jeopardy

3-26-2018

Greetings, MR. Steven A. Denny

Hello my Name is Kevin K. Williams #R60301 my
D.O.B Oct. 04, 1986 my Social Security NO.
i was Referred by a close friend Christopher Dav..
#B37217 i'm writing you inregards to, two matters one
being civil and the other one being criminal i would
like to know could you help With anyone of them.
1) Civil matter; On The above date of September 8, 2017
i was brutally beating by The Chicago police department
at 5611 S. Bishop Chicago IL 60636 [scribble] behind The
brutal beating my left 9th & 10th ribs were broken
This incendent is Caught on C.P.D pod camra and body
Camra on 56th bishop i didn't swing on The officer's or
anything.
    I went To St. bernard Hospital The Next day from
lockup at 1438 W. 63rd St. Chicago IL, 60636, on
Sept. 09, 2017 when i got There the doctor didn't even
give me a x-ray or any medication To let me know
that my rib's were infact broken, so he told The police
That isn't Nothing wrong with me to help the police [scribble]
how would he know without giving me a x-ray. So he
sent me to cook county jail to die due to the fact

get in touch with me A.S.A.p please Sir.

i might be in STATEville NRC when you write back on a Court Writ for the Current case May you please Send a response there Also P.O. Box 112 Joliet I.L. 60434

Sincerely;

Kevin K. Williams #R60301

Mar. 26, 2018

9-15-2018
RECEIVED
SEP 21 2018
LAW OFFICE OF
STEVEN A. DENNY, P.C.

Greeting's mr.Denny

Hi This is Kevin k. Williams #R60361 i'm Still Sitting at
STATEVILLE NRC because another Court Date popped up
on me here are The Charges under The indictment For
my arrest the Date of the brutal beating by Chicago
police Department.

The Charges are what's pending Now this is
my only copy so i Need you To Send me back a copy of
all the Stuff i Sent you ; hopefully you respond back
Fast i should be going back To Pinckneyville 9-26-2018
Depending on what's going on With what ever This
unknown court Date is So Send all your mail here until
i advise you other Wise.

Sincerely

Kevin K. Williams      @- 9-14-2018

# INMATE REQUEST FORM

NAME: Kevin K. Williams     INMATE ID# 291506 ASSIGNED LIVING AREA L

FORWARD TO DEPUTY – DESCRIPTION OF REQUEST i've WRITTEN Two Request about my rib's being Factured & asked for a double MATTRESS because it's Not helping me sleep my bed is To thin i can't sleep at Night, havin't GOTTEN A reply back yet

REPLY _____

_____

_____

Kevin K. Williams 10-25-18 2:48 p.m     _____

Inmate Signature / Date and Time handed in     Signature of Authority / Date Returned

## FORWARD TO SUPERVISOR (Check all that apply)

- ☑ COMPLAINT OF TREATMENT (DEPUTY)
- ☐ HOUSING REASSIGNMENT / RECLASSIFICATION
- ☐ REQUEST INVESTIGATOR
- ☐ PROPERTY MATTERS
- ☐ REQUEST TO BE INMATE WORKER
- ☐ OTHER _____

## FORWARD TO MEDICAL (Check all that apply)

- ☐ REQUEST COUNSELING
- ☐ REQUEST SICK CALL
- ☐ OTHER _____

## FORWARD TO FRONT OFFICE / COMMANDER (Check all that apply)

- ☐ COMMISSARY / MONEY MATTERS
- ☐ VETERAN'S PROGRAM / INFORMATION
- ☐ HAIRCUT ☐ SHAVE ☐ BOTH
- ☐ COMPLAINT OF TREATMENT (SERGEANT)
- ☑ FORWARD TO OTHER COUNTY / AGENCY
- ☐ OTHER U.S. Marshalls

FAILURE TO FILL OUT ABOVE INFORMATION MAY RESULT IN REQUEST BEING DENIED FOR FAILURE TO FOLLOW INMATE HANDBOOK PROCEDURES. EXCEPTIONS MADE FOR COMPLAINTS AGAINST A DEPUTY OR SERGEANT.

## DESCRIPTION OF REQUEST

_____

_____

_____

_____

USE BACK OR ADDITIONAL SHEETS IF NEEDED

_____

Inmate Signature / Date and Time handed in

REPLY FORWARD TO US MARSHALLS THROUGH CMD. You JUST SUBMITTED A GRIEVANCE TO MEDICAL TODAY THAT I JUST SCANNED TO THEM. MEDICAL WILL ADDRESS THE ISSUE. THIS IS THE FIRST TIME I HEARD ANYTHING. YOU HAVE TO WAIT UNTIL MEDICAL REPLIES. WILL HAVE FILES yET. CAME IN ON 9/24/18. MEDICAL APPROVES DOUBLE MATS FOR MEDICAL ISSUES THAT ARE CURRENT.

    10/25/18

Signature of Authority / Date Returned

## INMATE GRIEVANCE

Inmate Name: __Williams_____ __Kevin_____ __291526__
                  Last              First             Jacket #

Date Filed: __10-25-18__ Housing location: __L__

**STEP ONE – to be completed after trying to resolve the issue with a Deputy**

Date of incident: __10-25-18__ Witnesses: _____

Briefly state the facts: i've asked To have an extra mattress do to me having fractual ribs and the nurse keep telling me she not going to give me an x-ray is the doctor she said i have to wait until the deputy get a new mattress shipped in which is unknown, why should i have to be uncomfortable for so long this is'nt right mh/ you please assist me with the nurse name and this morning. please.

Remedy Sought: i would like to have a double mattress until i could get a Thicker mattress because this is making me very uncomfortable

I understand that this is an official police report and that by signing it I swear that all the information is true to the best of my knowledge. This is my statement and I am responsible for its content, even if I am being assisted by a third party. It is voluntary and not being made under coercion or duress. Any false information may result in disciplinary action and possible criminal charges being filed with the States Attorney. Appeals may be made to the Sergeant within forty eight (48) hours after trying to resolve the issue with the Deputy.

_Kevin R. Williams_____     i don't know his name
Inmate Signature and Date            Deputy spoken to in attempts to resolve the issue

### SUPERVISOR RESPONSE

_____
_____
_____
_____
_____

Supervisor Signature / Date           Time and date returned to inmate

**STEP TWO – APPEAL: May appeal Supervisor's decision to Commander / Designee**

Reasons for Advancing Grievance:_____
_____
_____
_____

All documentation obtained regarding the grievance must be turned in at both Steps 1 and 2 for proper review and investigation within forty eight (48) hours after receipt.

Inmate Signature_____ Date_____

## INMATE GRIEVANCE

Inmate Name: Williams      Kevin      291526

     Last          First          Jacket #

Date Filed: 11-3-2018    Housing location: L

---

### STEP ONE – to be completed after trying to resolve the issue with a Deputy

Date of incident: 11-3-2018    Witnesses: Deputy Sneeze

Briefly state the facts: Today i talked to the nurse that bring's my medication this morning i asked how Could i give you all permission to talk to my mother about my medical problem's i told him that my mother Bernadine Williams Called up here & talked to a doctor she i told her that i have to sign something for that The nurse today told me that there would be nothing that he Can prove who she say she is, i also asked to get A Copy of my x-ray results That doctor leonard put me in for that i took at rush hospital and he lied and told me don't they don't have access to that i'll have to get it from the hospital which is a lie because the temple nurse showed them to me here. They is holding me back from doing my legal work which is wrong

Remedy Sought: I want the nurse name from today also a copy of my x-ray results that i took at Rush Hospital they sent A Hospital bill to my house in Chicago for it so i shouldn't be denied a Copy of it i also want a Copy of all my previous grievance and medical request slip's that wasn't answered back thanks for your time

I understand that this is an official police report and that by signing it I swear that all the information is true to the best of my knowledge. This is my statement and I am responsible for its content, even if I am being assisted by a third party. It is voluntary and not being made under coercion or duress. Any false information may result in disciplinary action and possible criminal charges being filed with the States Attorney. Appeals may be made to the Sergeant within forty eight (48) hours after trying to resolve the issue with the Deputy.

Kevin K. Williams   11-3-2018   2:45 pm      Deputy Sneeze & Nurse Everyday
Inmate Signature and Date          Deputy spoken to in attempts to resolve the issue

#### SUPERVISOR RESPONSE

Forward to Commander to forward to Medical. S. Wabenil 11/4/18 @ 1000hr

Supervisor Signature / Date             Time and date returned to inmate

---

### STEP TWO – APPEAL: May appeal Supervisor's decision to Commander / Designee

Reasons for Advancing Grievance:_____

All documentation obtained regarding the grievance must be turned in at both Steps 1 and 2 for proper review and investigation within forty eight (48) hours after receipt.

Inmate Signature_____ Date_____

# INMATE REQUEST FORM

NAME: Kevin K. Williams    INMATE ID# 29152C   ASSIGNED LIVING AREA K

FORWARD TO DEPUTY – DESCRIPTION OF REQUEST  i really need a copy of my
medical records please assist me with this matter

REPLY

Kevin K. Williams   10-25-18  9:21 pm    Tom Hawk VE418  102518

Inmate Signature / Date and Time handed in          Signature of Authority / Date Returned

## FORWARD TO SUPERVISOR (Check all that apply)

☐ COMPLAINT OF TREATMENT (DEPUTY)      ☐ PROPERTY MATTERS
☐ HOUSING REASSIGNMENT / RECLASSIFICATION   ☐ REQUEST TO BE INMATE WORKER
☐ REQUEST INVESTIGATOR              ☒ OTHER Medical Records

## FORWARD TO MEDICAL (Check all that apply)

☐ REQUEST COUNSELING   ☐ REQUEST SICK CALL   ☒ OTHER Medical Records

## FORWARD TO FRONT OFFICE / COMMANDER (Check all that apply)

☐ COMMISSARY / MONEY MATTERS        ☐ COMPLAINT OF TREATMENT (SERGEANT)
☐ VETERAN'S PROGRAM / INFORMATION     ☐ FORWARD TO OTHER COUNTY / AGENCY
☐ HAIRCUT  ☐ SHAVE  ☐ BOTH          ☐ OTHER _____

FAILURE TO FILL OUT ABOVE INFORMATION MAY RESULT IN REQUEST BEING DENIED FOR FAILURE TO FOLLOW
INMATE HANDBOOK PROCEDURES. EXCEPTIONS MADE FOR COMPLAINTS AGAINST A DEPUTY OR SERGEANT.

## DESCRIPTION OF REQUEST

USE BACK OR ADDITIONAL SHEETS IF NEEDED

Inmate Signature / Date and Time handed in

REPLY Mr. Williams,
A copy of your medical records can be placed in your property.
Thank you.

Signature of Authority / Date Returned  10/26/18

Mr. Williams in L-dorm

## Grievance Response

**Date: 11/6/2018**                                **Grievance Date: 11/03/2018**

Mr. Williams,

Thank you for allowing medical to address your concerns. Medical protects your privacy but safety is a priority in this type of setting. Medical can not disclose any medical information without a written consent. Also, medical records can't be given to you while being incarcerated but may be placed with your property. However, you are allowed to review your medical chart at any time. On 10/25/2018, you were brought down to medical and given the opportunity to review your x-ray results and your questions were answered during this time.

Respectfully,

Medical

## INMATE GRIEVANCE

Inmate Name: Williams          Kevin          291526
               Last            First           Jacket #

Date Filed: 10-30-2018  Housing location: L

### STEP ONE – to be completed after trying to resolve the issue with a Deputy

Date of incident: 10-30-2019  Witnesses: medical Records

Briefly state the facts: i was charged 10th dollars for Tylenol which you all
say i have to pay 5# dollars every 30 days but you only give
me 7 days of supply, im constantly in pain i see you guys like
to play with people life and money so i will informaly
civily a torney about dr. Lochard and Nurse adrianna how you
are playing with my health thanks good luck

Remedy Sought: i would like to have my medication Refilled
without pay and all staff held responcibule for there
actions. Also Forward to marshalls

I understand that this is an official police report and that by signing it I swear that all the information is true to the best of my knowledge. This is my statement and I am responsible for its content, even if I am being assisted by a third party. It is voluntary and not being made under coercion or duress. Any false information may result in disciplinary action and possible criminal charges being filed with the States Attorney. Appeals may be made to the Sergeant within forty eight (48) hours after trying to resolve the issue with the Deputy.

_Kevin K. Williams_                          _____

Inmate Signature and Date                    Deputy spoken to in attempts to resolve the issue

### SUPERVISOR RESPONSE

Forward to commander to forward to
medical.

_____  11-2-18         _____

Supervisor Signature / Date                  Time and date returned to inmate

### STEP TWO – APPEAL: May appeal Supervisor's decision to Commander / Designee.

Reasons for Advancing Grievance: _____

_____

_____

_____

All documentation obtained regarding the grievance must be turned in at both Steps 1 and 2 for proper review and investigation within forty eight (48) hours after receipt.

Inmate Signature_____Date_____

## Grievance Response

**Date: 11/6/2018**                              **Grievance Date: 10/30/2018**

Mr. Williams,

Thank you for allowing medical to address your concerns. Please be aware that Tylenol (acetaminophen) is available and may be purchase on commissary. Also, Tylenol is not considered a maintenance medication and therefore Doctor prescribes it for x amount of days. On 10/16/2018, Doctor ordered Tylenol 1000mg twice per day x 14 days with a $5.00 charge for this. And on 10/31/2018, Doctor approved Tylenol 1000mg twice per day x 14 more days. This additional refill was $5.00. Per your inmate handbook, medication refills are $5.00 per medication. Please continue to use sick call protocol if you are experiencing any medical issues.

Respectfully,

Medical