Case: 1:19-cv-00992 Document #: 15 Filed: 08/26/19 Page 1 of 18 PageID #:116

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

AUG 13 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
8/26/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LS

Kevin K. Williams #53413424

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.     Case No: 19 CV 992
(To be supplied by the Clerk of this Court)

Chicago police officers, et al., & The City of Chicago
Saint Bernard Hospital & medical STAFF
STATEVille (NRC) ~~DOBR~~ Illinois Department of correction & C
The Known & unknown Chicago police officers
Tyler, Berec #14844, John Nemec #19704, Terence D. Huels #6623
Cortesi, N #1146, Robert Cummings #17841, Boline, p #13368

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:     **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Case: 1:19-cv-00992 Document #: 15 Filed: 08/26/19 Page 2 of 18 PageID #:117

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: Kevin K. Williams
   B. List all aliases: Christopher J. Williams
   C. Prisoner identification number: 53413424
   D. Place of present confinement: Metropolitan Correctional Center
   E. Address: 71 W. Van Buren Street

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: The City of Chicago
      Title: Chicago Police Officer
      Place of Employment: Chicago Police Department
   B. Defendant: The Known & Unknown Chicago Police Officer
      Title: Chicago Police
      Place of Employment: Chicago Police Department
   C. Defendant: Saint Bernard Hospital & Unknown Staff
      Title: ~~Chicago Police~~
      Place of Employment: Saint Bernard Hospital

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: 10Cr1956701

   B. Approximate date of filing lawsuit: Unknown

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kevin K. Williams A.K.A Christopher J. Williams

   D. List all defendants: The City of Chicago, The Chicago police department

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

   F. Name of judge to whom case was assigned: Unknown

   G. Basic claim made: False Arrest, Wrongful Conviction

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was dismissed and wasn't appealed

   I. Approximate date of disposition: Not known

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CLAIM I (ASSAULT & EXCESSIVE FORCE BY MEMBER'S OF THE CHICAGO POLICE DEPARTMENT)

1) On the above date of September 8, 2017, while sitting inside the passenger seat of a female friend of mine's parked car at the location of 5611 S. Bishop on the southside of Chicago Anglewood area. I was forcefully removed from the car by multiple members of the Chicago Police Department, by using excessive force. Specifically, by beating me, dropping their knees onto my back, sides and neck. All because I wouldn't get out of the car.

2) They knew or should have known that the type of force they were using was putting the plaintiff at a serious risk of injury. No one tried to stop it, they just watched the other officers do this to the plaintiff. While at the Chicago Police Station, the "(plaintiff) was taken in an unmonitored room where the same officers that stopped and arrested the plaintiff, proceeded to beat the him again after getting back to the Police Station."

3) On September 9, 2017, the plaintiff was due to be transported to the Cook County jail for bond court due to the excessive force used during the arrest & the excessive beating by the members of the Chicago Police Department at the Police Station. The plaintiff wasn't able to attend bond court due to the extreme body pain and requested to go to the hospital. The plaintiff was then transported to Saint Bernard Hospital.

CLAIM II (MEDICAL MAL-PRACTICE & NEGLECT OF ST. BERNARD HOSPITAL & STAFF)

1) On the above date of September 9, 2017 the plaintiff was transported to Saint Bernard Hospital while in sole care & custody of the Chicago Police Department. Due to the extreme body pain caused by members of the Chicago Police beating him.

2) While at Saint Bernard Hospital the plaintiff complained to medical staff what his reason for being there was. Seeing that the plaintiff was barely able to move & talk without being in pain. The plaintiff had explained to the doctor already where the pain was but the doctor refused to do any X-Rays on him. Seeing the lump on the plaintiff's left rib cage as well as all the swelling and bruising, the doctor took it upon himself to deny & neglect the plaintiff's medical needs. This goes against all laws & policies as well as medical practices. To say that there isn't anything wrong with the plaintiff without even giving the plaintiff any X-Rays is a deliberate neglect by the doctor at the hospital of his patient's needs thus causing the plaintiff further and continuing extreme suffering and pain.

-1-

CLAIM III (ON I.D.O.C-STATEVILLE "N.R.C."
MEDICAL STAFF & DOCTOR FOR "MEDICAL MAL-PRACTICE & NEGLECT")

1) On the above date of September 12, 2017 the plaintiff was transfered to Stateville "N.R.C." due to the plaintiff being on parole and just caught this present case involved in this action. While the plaintiff was housed at the Stateville "N.R.C." L-Wing, the plaintiff constantly put in for sick-call because of the incident with Chicago Police during his arrest. He was still suffering from extreme pain because of the incedent with Chicago Police and because of this he couldn't get any sleep. So on October 7, 2017, the plaintiff was called into medical and after being examined by the sick-call nurse was reported to having "abnormal swelling in the plaintiff's left ribcage". The nurse then ordered X-Rays to be taken.

2) On October 10, 2017, the plaintiff was called back to medical and was given one chest X-Ray after which the plaintiff informed the nurse taking the X-Ray that his left ribcage was the one that needed to be X-Ray'd. On October 19, 2017, after the plaintiff constantly complained about not getting the results back, the plaintiff was called back to medical where the doctor deliberately hand wrote the X-Ray results and stated there was nothing wrong with you but prescribed an anti-inflamatory medicine known to be given to patients with broken ribs (namely, Naproxen(500mg)). If there was nothing wrong with the plaintiff then why prescribe 500mg of naproxen, a medication commonly used for broken ribs. Due to this neglect the plaintiff had to get a court order to leave Stateville "N.R.C." in order to obtain better medical care. On November 21, 2017 the plaintiff was transfered to Pinckneyville Correctional Center located at 5835 State Route 154, Pinckneyville IL 62274. At which the plaintiff reached out to I.D.O.C. medical staff seeking help. Due to the plaintiff being steadily driven back and forth to court it wasn't untill January 17, 2018 that (12) X-Ray's were taken. On January 25, 2018 the plaintiff finally found out the results. X-Ray's indicated that his ribs were fractured (see X-Rays).

3) The plaintiff did go through the chain of grievence procedures with appeals to try and seek help. Due to the F.B.I. picking up the plaintiff's case, he was seperated from all his legal work needed to prove his case. It is asked by the plaintiff to order I.D.O.C. & St. Bernard Hospital to turn over all required medical records of the plaintiff from around the date of September 9, 2017 and for I.D.O.C. to turn over all additional grievance records which went all the way through to Springfield, IL.

Respectfully Submitted, *Kevin K. Williams #S34l3424*

Dated: _____ *Kevin K. Williams #S34l3424*

-2-

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

400,000 against each chicago police officer in their official Capacity & independent Capacity. Also 3.5 million dollars against Saint Bernard Hospital & his doctor who saw plaintiff in their official Capacity & independent capacity as well as 3.5 million dollars against Illinois Department of Corrections, and medical staff and all the court find just & proper

VI. The plaintiff demands that the case be tried by a jury. 9 ⊗ YES  9 NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of August, 20 19

Kevin K. Williams #S3413424
(Signature of plaintiff or plaintiffs)

Kevin K. Williams #S3413424
(Print name)

S3413-424
(I.D. Number)

Metropolitan Correctional Center
71 W. Van Buren Street
Chicago IL, 60605
(Address)



# Broken Rib Symptoms, Complications, and Treatment

What to Do If You Break a Rib

By Rod Brouhard, EMT-P   | Reviewed by Richard N. Fogoros, MD

Updated November 29, 2018

Ribs are pretty hard to break. They are surrounded by strong muscles and usually can take a lot of abuse before they crack. Most broken ribs—including in children—come from vehicle accidents, but they're also common from falling off horses, sports injuries, and falls. In some cases, lots of forceful coughing—like from a bout of pneumonia—can cause rib fractures. The elderly can get broken ribs easier than younger adults. Kids have more flexible bones.

## Symptoms

After an injury to the chest—or particularly forceful coughing—consider the possibility of a broken rib if the patient has any of the following:

- Extreme pain when taking a breath
- Tenderness to the chest or back over an area of ribs
- Crepitus—a "crunchy" feeling under the skin

One of the best ways to identify a broken rib is the mechanism of injury. Getting hit in the chest, falling on something and hitting the chest or smashing the chest into a steering wheel or dashboard during a car accident could certainly lead to broken ribs. Forceful coughing can also be a mechanism for breaking ribs.

## Types of Rib Fracture

Most of the time, the broken rib is only broken in one place, and is an "incomplete fracture," meaning not all the way through the bone.

**Displaced and Nondisplaced Rib Fractures**

Completely broken ribs may or may not move out of place. If they do move, they're called displaced rib fractures and are more likely to puncture lungs or damage other tissues and organs. Ribs that stay in place—usually ribs that are not completely broken in half—are called nondisplaced rib fractures.

### Flail Chest

Rarely, a section of the ribcage breaks away from the surrounding bone and muscle. This area loses its stable structure (imagine a short rack of baby-backs connected to the rest of the ribcage only by muscle) and moves fairly easily as the patient breathes. This section is known as a flail segment and is much more dangerous than simply broken ribs.

### When to See the Doctor



Any force hard enough to break a rib is powerful enough to cause other, more life-threatening injuries. It's also possible to break more than one rib at a time. More than three broken ribs at one time are potentially life-threatening. Since the only way to know for sure is to get an X-ray, it's important to go to the emergency department anytime you suspect a broken rib.



If you've been hit hard enough in the chest to make you think you may have broken a rib or tw go to the emergency department or call 911.

It's especially dangerous if the patient has any of the following signs or symptoms:

- Severe shortness of breath
- Coughing blood
- Confusion or dizziness
- General weakness
- Blood in the urine

### Treatment

There's good news and bad news about treating simple broken ribs. The good news is that it will heal on its own and probably not develop any additional problems. The bad news is it hurts a lot and there's really very little you can do for it.

In the past, treatment for broken ribs included wrapping the chest with a wide band often called a rib belt. A study in 1990 found no benefit from wrapping patients. Displaced rib fractures caused

more problems in this study when they were treated with the belt than when they were not. Most emergency physicians today don't wrap broken ribs.

The best broken rib treatment is simple pain medication. Nonsteroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen are best. If you go to the ER for your broken rib, the doctor is likely to give you a prescription pain medication as well as a NSAID.

## Complications

The most common complication of broken ribs is not being able to take a deep breath because it hurts. If you don't breathe deep enough, mucous and moisture can build up in the lungs and lead to an infection such as pneumonia.

> Displaced rib fractures can damage other tissues or organs and sometimes lead to collapsed lungs (pneumothorax) or internal bleeding.

It's important to keep your lungs healthy. As you heal, practice taking deep breaths. It's important not to be afraid of taking the pain medication as prescribed because keeping the pain under control is important for taking strong, deep breaths.

If you go to the ER, the doctor may send you home with a tool to encourage deep breathing. The tool is called an incentive spirometer. It measures lung capacity so patients can see how well their lungs are recovering as the broken rib heals.

Sources:

Sirmali, M, et al."A comprehensive analysis of traumatic rib fractures: morbidity, mortality, and management." *Eur J Cardiothorac Surg.* Jul 2003.

Quick, G. "A randomized clinical trial of rib belts for simple fractures." *Am J Emerg Med.* Jul 1990.

# WebMD

| CHECK YOUR SYMPTOMS | FIND A DOCTOR | FIND LOWEST DRUG PRICES | | SIGN IN | SUBSCRIBE |
|---|---|---|---|---|---|
| HEALTH A-Z | DRUGS & SUPPLEMENTS | LIVING HEALTHY | FAMILY & PREGNANCY | NEWS & EXPERTS | SEARCH 🔍 |

ADVERTISEMENT

A to Z Guides >

## What are the different kinds of fractures?

**ANSWER**

There are many types of fractures, but the main categories are displaced, non-displaced, open, and closed. Displaced and non-displaced fractures refer to the alignment of the fractured bone.

In a displaced fracture, the bone snaps into two or more parts and moves so that the two ends are not lined up straight. If the bone is in many pieces, it is called a comminuted fracture. In a non-displaced fracture, the bone cracks either part or all of the way through, but

ADVERTISEMENT

**What are the different kind...**

SUBSCRIBE  SEARCH 🔍

What are the different kinds of fractures?

A closed fracture is when the bone breaks but there is no puncture or open wound in the skin. An open fracture is one in which the bone breaks through the skin; it may then recede back into the wound and not be visible through the skin. This is an important difference from a closed fracture because with an open fracture there is a risk of a deep bone infection.

From: Understanding Bone Fractures -- the Basics WebMD Medical Reference

Sources Reviewed by Medically Carol DerSarkissian Reviewed on on October 29, 2017 10/29/2017

WAS THIS ANSWER HELPFUL      SHARE

NEXT QUESTION:
**Which types of fractures occur only in children?**

**More Answers On Health A-Z**

Which types of fractures are present in children and adults?

How can the severity of fractures vary?

## Other Answers On:

WOMEN'S HEALTH

Case: 1:19-cv-00992 Document #: 15 Filed: 08/26/19 Page 12 of 18 PageID #:127
Case: 1:19-cv-00992 Document #: 1 Filed: 02/14/19 Page 15 of 37 PageID #:15
01/25/2018  11:16  3098621302  BLOOMINGTONRADIOLOGY  PAGE  06/08



## ONE RADIOLOGY

Normal, Illinois

January 24, 2018

PATIENT NAME: Williams, Kevin

PATIENT NUMBER: R60301

DOB: 10/4/86

Ordered by: Blum

Pinckneyville Correctional Center

CHEST X-RAY AND LEFT SIDED RIBS     1/18/2018

HISTORY: Left sided chest and shoulder pain

DISCUSSION: Lungs are clear. Healing left 9th and 10th rib fractures are seen in the anterior third. No pneumothorax is identified. Cardiomediastinal silhouette is normal.

IMPRESSION:

Healing left 9th and 10th rib fractures seen in the anterior third indicating subacute to chronic finding. No pneumothorax.

RIGHT SHOULDER THREE VIEWS  1/18/2018

HISTORY: Right shoulder pain.

DISCUSSION: No acute bony injury is seen in the right shoulder. Glenohumeral and acromioclavicular articulations are unremarkable.

Signed _____

A. Malpani, M.D.

DIC: 1/24/2018

Study from Pinckneyville Correctional Center

MD Review Date: 1/29/19
Nurse:
Doctor:
Pull Chart:
See patient:
File:

X-ty Per Baldul
F/u - 6 weeks

**Rush Copley Medical Center**

PATIENT TYPE: O  MEDICAL SERVICE: YVO

00047266515

## PATIENT

| Field | Value |
|---|---|
| NAME AND ADDRESS | WILLIAMS, KEVIN / 6935S WASHTENAW / 2ND FLOOR / CHICAGO IL 60629 |
| BIRTHDATE | 10/04/1986 |
| AGE | 032 Y |
| INTERVIEWER | RIVERRHR |
| ADMIT DATE | 10/19/2018 |
| TIME | 7:04 |
| TELEPHONE | |
| SOCIAL SECURITY NO. | XXX-XX-0000 |
| COUNTY | |
| CELL PHONE | |
| EMPLOYER NAME AND ADDRESS | UNEMPLOYED |
| OCCUPATION | UNEMPLOYED |
| PREVIOUS NAME | |
| EMPLOYER TELEPHONE | |
| SEX | M |
| M/S | U |
| RACE | B |
| | 000000000  Status 3 |
| EMERGENCY NAME AND ADDRESS | |
| RELIGION | UNKNOWN  UNKNOWN |
| LAST CMH SERVICE DATE | 10/19/2018 |
| REGISTRATION COMMENTS | MDRO: |

## FINANCIAL

| Field | Value |
|---|---|
| GUARANTOR NAME AND ADDRESS | WILLIAMS, KEVIN / 6935S WASHTENAW / 2ND FLOOR / CHICAGO IL 60629 |
| RELATIONSHIP | SELF |
| GUARANTOR EMPLOYER NAME AND ADDRESS | UNEMPLOYED / 000000000 |
| OCCUPATION | UNEMPLOYED |
| SOCIAL SECURITY NO. | XXX-XX-0000 |
| DOB | 10/04/1986 |
| CARRIER / INSURANCE PLAN | 4000 KENDALL COUNTY / 0000 / 0000 / 0000 |
| SUBSCRIBER | KEVIN WILLIAMS |

## MD

| PRIMARY CARE M.D./Phone # | ADMITTING M.D./Phone # | ATTENDING M.D./Phone # |
|---|---|---|
| DOCTOR NONSTAFF DOCTOR | HUGHES P LOCHARD | HUGHES P LOCHARD |
| 000-000-0000 | 000-000-0000 | 000-000-0000 |

ADMITTING DIAGNOSIS: L CHEST WALL PAIN WITH HX OF FX

PRINCIPLE DIAGNOSIS:

PRINCIPLE PROCEDURE:
00/00/0000
00/00/0000
00/00/0000

## Patient Results

| All results performed dates from 19-Oct-2018 | | | | |
|---|---|---|---|---|
| WILLIAMS, KEVIN | YORKVILLE | 32y | M | LOCHARD, HUGHES P |
| DSC | | 04-Oct-1986 | | 00-95-38-86 / 00047266515 |

**Criteria for selection:**

| 19-Oct-2018 07:12 | Ribs-YK | | **Final Result** |
|---|---|---|---|
| Ribs-YK | | | Final |

Left ribs

Indication: Fracture

Technique: Including expiration view 5 images were obtained

Findings: There are nondisplaced fractures of the distal seventh, eighth and ninth ribs. No pneumothorax.

Impression: Fractures as above.

Approving M.D.: Akbar, Syed
Signed Date/Time: 10/19/2018 8:40 a.m.

| Requested By: RIVERA, ROBERT (Other) | | Printed from: MEDICAL RECORDS |
|---|---|---|
| 21-Dec-18 09:44 | End of Report | Page: 1 of 1 |

**Chicago Police Department - ARREST Report**

CB #: 19534538
WILLIAMS, Kevin

### ARREST PROCESSING REPORT

**VISITOR LOG**

NO VISITORS LOGGED

**MOVEMENTS**

| Action | By | | Destination | Reason |
|---|---|---|---|---|
| RELEASED BY | #2465 | Bucki, Virginia M (PC0V833) | 09 SEP 2017 06:45 District 007 Lockup | |
| RECEIVED BY | #12431 | Haile, Robert | 09 SEP 2017 06:45 St. Bernard | Arrestee Requested Treatment At Hospital |
| RECEIVED BY | #2465 | Bucki, Virginia M (PC0V833) | 09 SEP 2017 12:12 District 007 Lockup | Treated And Released From St. Bernard Hospital |

**WC COMMENTS**

**Watch Commander Comments:**

#2465 Bucki, Virginia M (PC0V833)

09 SEP 2017 12:14

Arrestee returned to 007 Lockup by Beat 771 2nd watch after treatment from St. Bernard Hospital

#206 Sedevic, Mark T (PC0V263)

09 SEP 2017 07:41

This prisoner complained of body pain and requested to go to the hospital for treatment.

#660 Gunnell, Christoph (PC0T287)

09 SEP 2017 00:44

Rejected to add to narrative previous convictions supporting Line 1 charge and to indicate offender as lone occupant.

REL w/o CHARGING

DOES NOT APPLY TO THIS ARREST

Kevin K. Williams #53413424 )
)
v. ) Case No 19CV992
The Chicago police officers )
) Hon. Andrea R. Wood
)

Certificate of Service

I, Kevin K. Williams #53413-424 under penalty of perjury that I served a copy of the attached complaint on the U.S. District Court Clerk's office 219 South Dearborn Street Chicago IL, 60604, by placing it in the mail @ the metropolitan Correctional Center, 71 W. Van Buren Street Chicago IL, 60605. on the date of August 7, 2019

Kevin K. Williams #53413424
Kevin K. Williams #53413424

Kevin K. Williams #53413424
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago IL, 60605-1004

08/13/2019-28

7018 0040 0000 0627 0816

Office of
Clerk of The U.S. District Court
United States Court House
219 South Dearborn Street 20 Fl,
Chicago IL, 60604

INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

2019 AUG 13 AM 8:31

"Legal"
MAIL



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

08-07-2019